1446

## MOTION DOCKET

**91–120.** State, ex rel. The Andersons, v. Indus. Comm. *Franklin County*, No. 90AP–212. On request for oral argument. Request denied.

**91–154.** In re Miller. *Richland County*, No. CA–2739. On motion to tax as costs and for clarification. Motion granted.

**91–1557.** State v. Harris. *Lorain County*, No. 90CA004913. On motion to appoint counsel. Motion denied and matter referred to court of appeals for appointment of counsel.

**91–2001.** Rockey v. 84 Lumber Co. *Cuyahoga County*, Nos. 58610 and 58654. On motion for leave to file *amicus* of Ohio Academy of Trial Lawyers. Motion granted.

HOLMES, J., dissents.